ALD-027 November 15, 2024

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 24-2433

PATRIA LAUREANO,
Petitioner

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA

(Agency No. A044-879-555)

Present: BIBAS and PORTER, Circuit Judges

Submitted are

(1) Petitioner's motion for a stay of removal (Docket No. 3);

(2) Respondent's response in opposition (Docket No. 7);

(3) Petitioner's reply (Docket No. 12);

(4) Respondent's response to reply (Docket No. 14); and

(5) Petitioner's reply to response (Docket No. 17)

in the above-captioned case.

Respectfully,

Clerk

ORDER

Petitioner's motion for a stay of removal is granted. *See Nken v. Holder*, 556 U.S. 418, 434 (2009).

By the Court,

s/Stephanos Bibas
Circuit Judge

Dated: November 15, 2024
Amr/cc: All counsel of record

**A True Copy**:

Patricia S. Dodszuweit, Clerk