UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 24-2433

PATRIA LAUREANO,
Petitioner

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA

(Agency No. A044-879-555)

SUR PETITIONS FOR REHEARING

Present: CHAGARES, Chief Judge, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, BOVE, MASCOTT and FISHER*, Circuit Judges

The petition for rehearing filed by Petitioner in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the

* The Hon. D. Michael Fisher's vote is limited to panel rehearing.

circuit in regular service not having voted for rehearing, the petition for rehearing filed by Petitioner is DENIED.

The petition for rehearing filed by the Government in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service,
and a majority of the judges of the circuit in regular service having voted for rehearing, the petition for rehearing by the Court en banc on the Petition filed by the Government is GRANTED. The opinion and judgment entered on May 29, 2026 are vacated.

No later than September 21, 2026 at noon, Petitioner shall file a supplemental brief not to exceed to 3900 words that responds to the arguments raised in the Respondent's Petition. Petitioner shall submit fifteen hard copies of the supplemental brief. Oral argument will be held before the en banc court on October 14, 2026 at 9:30 a.m. Each side shall be allotted 30 minutes for argument.

BY THE COURT,

s/Michael A. Chagares
Chief Circuit Judge

Date: September 2, 2026
amr/Cc: all counsel of record